**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | David Parley Parker, II |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Beatrice May Leibl Parker |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | 16-28091 |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1
   10445 Spaulding Way
   Street address, if available, or other description

   Rancho Cordova    CA    95670-0000
   City    State    ZIP Code

   Sacramento
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $370,000.00
   **Current value of the portion you own?** $370,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   fee simple

   ☒ **Check if this is community property**
   (see instructions)

   **Other information you wish to add about this item, such as local property identification number:**
   value is based on debtor's opinion - David Parker is disabled

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...................................................=>    $370,000.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  David Parley Parker, II
Debtor 2  Beatrice May Leibl Parker                                   Case number *(if known)* 16-28091

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: Dodge
        Model: Grand Caravan
        Year: 2013
        Approximate mileage: 92k
        Other information:
        Repossessed by Lender

        **Who has an interest in the property?** Check one
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ■ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ■ **Check if this is community property**
           (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        **Current value of the entire property?**  $9,744.00
        **Current value of the portion you own?**  $9,744.00

   3.2  Make: Hyundai
        Model: Accent
        Year: 2002
        Approximate mileage: 200k
        Other information:
        Vehicle is non-operable doing to not pass smog.
        KBB value

        **Who has an interest in the property?** Check one
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ■ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ■ **Check if this is community property**
           (see instructions)

        **Current value of the entire property?**  $800.00
        **Current value of the portion you own?**  $800.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**   $10,544.00

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   Living room furniture
   Bedroom furniture
   Kitchen appliances
   Miscellaenous goods                                          $3,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   (3) TV's
   Laptop                                                       $200.00

| Debtor 1 | David Parley Parker, II | | |
|---|---|---|---|
| Debtor 2 | Beatrice May Leibl Parker | Case number *(if known)* | 16-28091 |

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothing and apparel | $150.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | (2) wedding rings and costume jewelry | $500.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | (2) Dogs | $2.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**     $3,852.00

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...............................................................................................................

| Debtor 1 | David Parley Parker, II | | |
|---|---|---|---|
| Debtor 2 | Beatrice May Leibl Parker | Case number *(if known)* | 16-28091 |

| | | Balance remaining from funds at time of filing chapter 13 Cash | $0.00 |
|---|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    Institution name:

    | 17.1. | Checking and Savings | Bank of America<br>Sacramento, CA<br>Balance remaining from funds at time of filing chapter 13 | $0.00 |
    |---|---|---|---|
    | 17.2. | Checking and Savings | SAFE CU<br>Sacramento, CA<br>Balance remaining from funds at time of filing chapter 13 | $0.00 |
    | 17.3. | Checking and Savings | Balance remaining from funds at time of filing chapter 13<br>Wells Fargo<br>Sacramento, CA<br>Balance is estimated | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401k | Vanguard | $115,000.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................  Institution name or individual:

| Debtor 1 | David Parley Parker, II | | |
|---|---|---|---|
| Debtor 2 | Beatrice May Leibl Parker | Case number *(if known)* | 16-28091 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - ■ No
    - ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ■ No
    - ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ■ No
    - ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ■ No
    - ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ■ No
    - ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ■ No
    - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ☐ No
    - ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Fidelity General Life<br>Term Life Insurance | | $1.00 |
| AIG<br>Term Life Insurance | | $1.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No

| Debtor 1 | David Parley Parker, II |
|---|---|
| Debtor 2 | Beatrice May Leibl Parker |

Case number *(if known)* 16-28091

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**     $115,002.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☒ Yes. Give specific information.........

    Shell Timeshare
    1,500 points     $500.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**     $500.00

| Debtor 1 | David Parley Parker, II | | |
|---|---|---|---|
| Debtor 2 | Beatrice May Leibl Parker | Case number *(if known)* | 16-28091 |

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $370,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $10,544.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,852.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $115,002.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $500.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $129,898.00    Copy personal property total | $129,898.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $499,898.00 |

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | David Parley Parker, II | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | Beatrice May Leibl Parker | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | 16-28091 | ☐ Check if this is an amended filing |

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 10445 Spaulding Way Rancho Cordova, CA 95670 Sacramento County<br>value is based on debtor's opinion - David Parker is disabled<br>Line from *Schedule A/B*: 1.1 | $370,000.00 | ☒    $109,874.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2002 Hyundai Accent 200k miles<br>Vehicle is non-operable doing to not pass smog.<br>KBB value<br>Line from *Schedule A/B*: 3.2 | $800.00 | ☒    $1,036.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Living room furniture<br>Bedroom furniture<br>Kitchen appliances<br>Miscellaenous goods<br>Line from *Schedule A/B*: 6.1 | $3,000.00 | ☒    $3,000.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| (3) TV's<br>Laptop<br>Line from *Schedule A/B*: 7.1 | $200.00 | ☒    $200.00<br>☐    100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| | | |
|---|---|---|
| Debtor 1 | David Parley Parker, II | |
| Debtor 2 | Beatrice May Leibl Parker | Case number (if known) 16-28091 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Clothing and apparel<br>Line from *Schedule A/B*: 11.1 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| (2) wedding rings and costume jewelry<br>Line from *Schedule A/B*: 12.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| (2) Dogs<br>Line from *Schedule A/B*: 13.1 | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Balance remaining from funds at time of filing chapter 13<br>Cash<br>Line from *Schedule A/B*: 16.1 | $0.00 | ■ $7.50<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking and Savings: Bank of America<br>Sacramento, CA<br>Balance remaining from funds at time of filing chapter 13<br>Line from *Schedule A/B*: 17.1 | $0.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking and Savings: SAFE CU<br>Sacramento, CA<br>Balance remaining from funds at time of filing chapter 13<br>Line from *Schedule A/B*: 17.2 | $0.00 | ■ $7.50<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking and Savings: Balance remaining from funds at time of filing chapter 13<br>Wells Fargo<br>Sacramento, CA<br>Balance is estimated<br>Line from *Schedule A/B*: 17.3 | $0.00 | ■ $7.50<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| 401k: Vanguard<br>Line from *Schedule A/B*: 21.1 | $115,000.00 | ■ $115,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Fidelity General Life<br>Term Life Insurance<br>Line from *Schedule A/B*: 31.1 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |
| AIG<br>Term Life Insurance<br>Line from *Schedule A/B*: 31.2 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |

Filed 11/09/18     Case 16-28091     Doc 44

| | |
|---|---|
| Debtor 1  David Parley Parker, II | |
| Debtor 2  Beatrice May Leibl Parker | Case number (if known)  16-28091 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Fill in this information to identify your case: | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|
| Debtor 1 | David Parley Parker, II | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | Beatrice May Leibl Parker | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: | Eastern District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | 16-28091 | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 6,116.33 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

|   | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

|   | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

7. **Interest, dividends, and royalties**     $ 0.00     $ 0.00

| | |
|---|---|
| Debtor 1 | David Parley Parker, II |
| Debtor 2 | Beatrice May Leibl Parker |

Case number (*if known*) 16-28091

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ 0.00 | $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| . | | $ 0.00 | $ 0.00 |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00 + $ 6,116.33 = $ 6,116.33

**Total current monthly income**

### Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 **Copy line 11 here=>** $ 6,116.33

    Multiply by 12 (the number of months in a year) **x 12**

    12b. The result is your annual income for this part of the form  12b. $ 73,395.96

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.  CA

    Fill in the number of people in your household.  3

    Fill in the median family income for your state and size of household.  13. $ 74,224.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

### Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ David Parley Parker, II                X /s/ Beatrice May Leibl Parker
David Parley Parker, II                        Beatrice May Leibl Parker
Signature of Debtor 1                          Signature of Debtor 2

Date October 26, 2018                          Date October 26, 2018
MM / DD / YYYY                                 MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | David Parley Parker, II | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Beatrice May Leibl Parker | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 16-28091 | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Carrington Mortgage Se<br><br>Description of property securing debt: 10445 Spaulding Way Rancho Cordova, CA 95670  Sacramento County<br>value is based on debtor's opinion - David Parker is disabled | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>make payments pursuant to original contract terms. | ☐ No<br><br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

| | |
|---|---|
| Debtor 1    David Parley Parker, II | |
| Debtor 2    Beatrice May Leibl Parker | Case number (*if known*)    16-28091 |

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

**Part 3:**    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| | |
|---|---|
| **X**    /s/ David Parley Parker, II | **X**    /s/ Beatrice May Leibl Parker |
| David Parley Parker, II | Beatrice May Leibl Parker |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    October 26, 2018 | Date    October 26, 2018 |